HIGHLAND AVE. & B. R. CO. v. COLUMBIAN EQUIPMENT CO. (Circuit Court of Appeals, Fifth Circuit.) No. 427. Questions of law certified to the supreme court of the United States. See 74 Fed. 920; 18 Sup. Ct. 240.

---

HOPKINS et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 27, 1897.) No. 1,002. Appeal from the Circuit Court of the United States for the District of Kansas. Questions certified to the supreme court, on December 8, 1897, under the provisions of section 6 of the act of March 3, 1891. Cause removed to the supreme court on writ of certiorari. See 82 Fed. 529.

---

HUNT v. ARCHIBALD et al. (Circuit Court of Appeals, First Circuit. February 11, 1898.) No. 232. Appeal from the Circuit Court of the United States for the District of Massachusetts. James E. Maynadier, for appellant. George O. G. Coale, for appellees. Before PUTNAM, Circuit Judge, and WEBB and ALDRICH, District Judges.

PER CURIAM. We agree with the conclusions of the circuit court, for the reasons stated in the opinion filed in that court. The decree of the circuit court is affirmed, with the costs of this court for the appellees. See 81 Fed. 385.

---

INDIANAPOLIS AIR-LINE RY. CO. et al. v. CEDAR CREEK & WEST CREEK TP. (Circuit Court of Appeals, Seventh Circuit. December 9, 1896.) No. 369. Appeal from the Circuit Court of the United States for the District of Indiana. A. C. Harris, for appellant. Henry Crawford and E. C. Field, for appellee. Dismissed, for failure to file record.

---

LAKE NAT. BANK v. WOLFEBOROUGH SAV. BANK et al. (Circuit Court of Appeals, First Circuit. April 15, 1896.) No. 176. Appeal from the Circuit Court of the United States for the District of New Hampshire. Reuben E. Walker and Hollis R. Bailey, for appellant. Heman W. Chapin, J. S. H. Frink, and John R. Poor, for appellees. No opinion. Motion challenging authority of the attorneys for the appellant to appear was denied, after argument. See 24 C. C A. 195, 78 Fed. 517.